UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 22-mc-80308-NC  (RS)<br><br>**ORDER DENYING LEAVE TO FILE** |

Plaintiff Kuang-Bao P. Ou-Young has been declared a vexatious litigant and made subject to pre-filing review orders in two prior cases in this district. See, Case No. 13-cv-04442, ECF 40; Case No. 19-cv-07000, ECF 26. Apparently a similar order has also been issued by a state court. Ou-Young now seeks leave to file a complaint naming various state and county officials, including Superior Court judges, and others.

Although the exact basis of Ou-Young's claims is not entirely clear, it is obvious that the complaint overlaps, is intertwined with, and/or is duplicative of, several of the actions that he has previously been denied permission to file under either or both of the pre-filing review orders, and that he is continuing to pursue meritless claims against parties that are entitled to immunity. Accordingly, the request for leave to file the present complaint is denied. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 15, 2022

_____
RICHARD SEEBORG
Chief United States District Judge